## MATHEWS et al. v. MATHEWS.

GILBERT, J. Under conflicting evidence the discretion of the trial judge in granting a temporary injunction will not be controlled.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 736. MAY 15, 1918.

Injunction. Before Judge Littlejohn. Lee superior court. November 14, 1917.

*Shipp & Sheppard,* for plaintiffs in error.

*Yeomans & Wilkinson,* contra.

---

## LAUGHRIDGE, administrator, v. ELK COTTON MILLS.

GILBERT, J. There was no error in any of the rulings of court complained of, in regard to the admissibility of evidence. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 740. MAY 15, 1917.

Action for damages. Before Judge Wright. Whitfield superior court. November 10, 1917.

*Harris & Harris,* for plaintiff.

*F. K. McCutchen, C. D. McCutchen,* and *Maddox, McCamy & Shumate,* for defendant.